FILED: May 3, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4270 (L)
(1:10-cr-00026-JPJ-PMS-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RONALD WADE SMITH, JR.

Defendant - Appellant

_____

No. 12-4271
(1:10-cr-00026-JPJ-PMS-2)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

TERRANCE KEITH CUNNINGHAM

Defendant - Appellant

———————————

No. 12-4272
(1:10-cr-00026-JPJ-PMS-3)

———————————

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ANGELA ALLISON DUTY SMITH

       Defendant - Appellant

———————————

J U D G M E N T

———————————

In accordance with the decision of this court, the judgments of the district

court are affirmed.

This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

          /s/ PATRICIA S. CONNOR, CLERK